Amy Semmel, State Bar No. 116204
Paul M. Kelley, State Bar No. 87505
**KELLEY•SEMMEL, LLP**
5757 Wilshire Blvd., Penthouse 5
Los Angeles, California 90036
Phone: 323-592-3450
asemmel@kelleysemmel.com

Attorneys for Plaintiff Donald Mark Ryan

Marc R. Greenberg, State Bar No. 123115
**MUSICK, PEELER & GARRETT LLP**
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017
Phone: 213-629-7600; Fax: 213-624-1376
Email: m.greenberg@mpglaw.com

Attorneys for Defendant JSL Technologies, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MARK RYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JSL TECHNOLOGIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NO.: 2:17-cv-00640-FMO (JCx)<br><br>**DISMISSAL OF ENTIRE ACTION BY STIPULATION [FRCP RULE 41(a)(1)(ii)**<br><br>FAC Filed: June 29, 2017<br>Judge: Fernando M. Olguin<br>Courtroom: 6D |

This Stipulation is entered into by and between the following parties, through their counsel of record:

| | |
|---|---|
|1| Plaintiff: Donald Mark Ryan |
|2| Defendant: JSL Technologies, Inc., a Delaware corporation |

WHEREAS, Plaintiff Donald Mark Ryan and Defendant JSL Technologies, Inc., a Delaware corporation have reached a confidential agreement to fully and finally resolve *Donald Mark Ryan v. JSL Technologies, Inc., et al.*, Case No. 2:17-cv-00640 FMO ("the Lawsuit"), outside of the Court and prior to any trial of the case;

Pursuant to the Confidential Settlement Agreement and Mutual Release the parties hereby stipulate to the dismissal of the entirety of this action, with prejudice, pursuant to FRCP Rule 41(a)(1)(ii). Each party shall bear its own costs.

IT IS SO STIPULATED AND REQUESTED:

Dated: November 27, 2017

_____
AMY SEMMEL
KELLEY·SEMMEL, LLP
Attorneys for Plaintiff
DONALD MARK RYAN

Dated: November __, 2017

_____
Marc R. Greenberg
MUSICK, PEELER & GARRETT LLP
Attorneys for Defendant
JSL TECHNOLOGIES, INC.