Amy Semmel, State Bar No. 116204
Paul M. Kelley, State Bar No. 87505
**KELLEY•SEMMEL, LLP**
5757 Wilshire Blvd., Penthouse 5
Los Angeles, California 90036
Phone: 323-592-3450
asemmel@kelleysemmel.com

Attorneys for Plaintiff Donald Mark Ryan

Marc R. Greenberg, State Bar No. 123115
**MUSICK, PEELER & GARRETT LLP**
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017
Phone: 213-629-7600; Fax: 213-624-1376
Email: m.greenberg@mpglaw.com

Attorneys for Defendant JSL Technologies, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MARK RYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JSL TECHNOLOGIES, INC., a Delaware corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NO.: 2:17-cv-00640-FMO (JCx)<br><br>**ORDER GRANTING STIPULATION [35] RE DISMISSAL OF ENTIRE ACTION BY STIPULATION [FRCP RULE 41(a)(1)(ii)**<br><br>FAC Filed: June 29, 2017<br>Judge: Fernando M. Olguin<br>Courtroom: 6D<br>Trial Date: Vacated |

-1-

**Order Granting Dismissal of Entire Action**

Good cause having been established by Stipulation of the Parties, IT IS HEREBY ORDER:

The parties' DISMISSAL OF ENTIRE ACTION BY STIPULATION [FRCP RULE 41(a)(l)(ii)] is hereby entered in its entirety as an Order of this Court.

**IT IS SO ORDERED.**

DATED: December 7, 2017          By: _____/s/_____
                                     Hon. Fernando M. Olguin
                                     U.S. District Judge

**Order Granting Dismissal of Entire Action**